EXHIBIT
tabbies
8



# Prohibited Leveraged and Inverse ETFs
## As of August 25, 2009

| Ticker | Cusip | Leveraged ETF Name | Market |
|--------|-------|--------------------|--------|
| TYO | 25459W557 | Direxion Daily 10-Year Treasury Bear 3x Shares | US |
| TYD | 25459W565 | Direxion Daily 10-Year Treasury Bull 3x Shares | US |
| TMV | 25459W532 | Direxion Daily 30-Year Treasury Bear 3x Shares | US |
| TMF | 25459W540 | Direxion Daily 30-Year Treasury Bull 3x Shares | US |
| DPK | 25459W797 | Direxion Daily Developed Markets Bear 3X Shares | US |
| DZK | 25459W789 | Direxion Daily Developed Markets Bull 3X Shares | US |
| EDZ | 25459W409 | Direxion Daily Emerging Markets Bear 3X Shares | US |
| EDC | 25459W300 | Direxion Daily Emerging Markets Bull 3X Shares | US |
| MWN | 25459W524 | Direxion Daily Mid Cap Bear 3X Shares | US |
| MWJ | 25459W730 | Direxion Daily Mid Cap Bull 3x Shares | US |
| TYP | 25459W201 | Direxion Daily Technology Bear 3X Shares | US |
| TYH | 25459W102 | Direxion Daily Technology Bull 3X Shares | US |
| ERY | 25459W870 | Direxion Energy Bear 3X | US |
| ERX | 25459W888 | Direxion Energy Bull 3X | US |
| FAZ | 25459W607 | Direxion Financl Bear 3X | US |
| FAS | 25459W508 | Direxion Financl Bull 3X | US |
| BGZ | 25459W854 | Direxion Large Cp Bear 3X | US |
| BGU | 25459W862 | Direxion Large Cp Bull 3X | US |
| TZA | 25459W839 | Direxion Small Cp Bear 3X | US |
| TNA | 25459W847 | Direxion Small Cp Bull 3X | US |
| DMM | 55610X103 | MacroShares Major Metro Housing Down Trust | US |
| UMM | 55610R106 | MacroShares Major Metro Housing Up Trust | US |
| URR | 617480272 | Market Vectors 2xLgEu ETN | US |
| DRR | 617480280 | Market Vectors 2xShEu ETN | US |
| DAG | 25154H558 | PowerSh DB AgricDble Long | US |
| AGA | 25154H566 | PowerSh DB AgricDble Shrt | US |
| BOM | 25154K858 | PowerSh DB BsMtls DbleShr | US |
| DYY | 25154H475 | PowerSh DB Com Dbl Long | US |
| DEE | 25154H483 | PowerSh DB Com Dbl Shrt | US |
| DXO | 25154K882 | PowerSh DB CrOil Dble Lng | US |
| DTO | 25154K809 | PowerSh DB CrOil DbleShrt | US |
| DGP | 25154H749 | PowerSh DB Gold Dble Long | US |
| DZZ | 25154H756 | PowerSh DB Gold Dble Shrt | US |
| BDD | 25154K841 | PowerShares DB Base Metals Double Long ETN (BDD) | US |
| UYM | 74347R776 | ProShares Ultra Basic Materials ETF (UYM) | US |
| UCO | 74347W502 | ProShares Ultra DJ-AIG Crude Oil | US |
| ULE | 74347W874 | ProShares Ultra Euro ETF (ULE) | US |
| UWC | 74347X104 | ProShares Ultra Russell3000 | US |



| | | | |
|------|-----------|--------------------------------------------------------------|----|
| YCL | 74347W866 | ProShares Ultra Yen ETF (YCL) | US |
| UPRO | 74347X864 | ProShares UltraPro S&P500 | US |
| SPXU | 74347X856 | ProShares UltraPro Short S&P500 | US |
| CMD | 74347W205 | ProShares UltraShort DJ-AIG Commodity ETF (CMD) | US |
| BZQ | 74347X401 | ProShares UltraShort MSCI Brazil | US |
| EPV | 74347X807 | ProShares UltraShort MSCI Europe | US |
| SMK | 74347X872 | ProShares UltraShort MSCI Mexico | US |
| JPX | 74347X609 | ProShares UltraShort MSCI Pacific ex-Japan | US |
| TWQ | 74347X204 | ProShares UltraShort Russell3000 | US |
| RRY | 78355W726 | Rydex 2x Russell 2000 | US |
| RSU | 78355W783 | Rydex 2x S&P 500 | US |
| RMM | 78355W759 | Rydex 2x S&P MidCap 400 | US |
| RFL | 78355W668 | Rydex 2X S&P Select Financial | US |
| REA | 78355W684 | Rydex 2X S&P Select Sector Energy | US |
| RHM | 78355W627 | Rydex 2x S&P Select Sector Health Care ETF (RHM) | US |
| RTG | 78355W643 | Rydex 2X S&P Select Technology | US |
| RRZ | 78355W692 | Rydex Inv 2x Russell 2000 | US |
| RSW | 78355W767 | Rydex Inv 2x S&P 500 | US |
| RMS | 78355W734 | Rydex Inverse 2x S&P MidCap 400 ETF (RMS) | US |
| REC | 78355W676 | Rydex Inverse 2X S&P Select Energy | US |
| RFN | 78355W650 | Rydex Inverse 2X S&P Select Financial | US |
| RHO | 78355W619 | Rydex Inverse 2x S&P Select Sector Health Care ETF (RHO) | US |
| RTW | 78355W635 | Rydex Inverse 2x S&P Select Sector Technology ETF (RTW) | US |
| UGE | 74347R768 | Ultra Cons Goods ProShar | US |
| UCC | 74347R750 | Ultra Cons Services ProSh | US |
| UCD | 74347W106 | Ultra DJ-AIG Commodity Pr | US |
| UCO | 74347W502 | Ultra DJ-AIG Crude Oil Pr | US |
| DDM | 74347R305 | Ultra Dow30 ProShares | US |
| UYG | 74347R743 | Ultra Financials ProShar | US |
| XPP | 74347X880 | Ultra FTSE/Xinhua China 25 | US |
| UGL | 74347W601 | Ultra Gold ProShares | US |
| RXL | 74347R735 | Ultra Health Care ProShr | US |
| UXI | 74347R727 | Ultra Industrials ProShr | US |
| MVV | 74347R404 | Ultra MidCap400 ProShares | US |
| EFO | 74347X500 | Ultra MSCI EAFE | US |
| EET | 74347X302 | Ultra MSCI Emerging Markets | US |
| EZJ | 74347X708 | Ultra MSCI Japan | US |
| DIG | 74347R719 | Ultra Oil & Gas ProShares | US |
| QLD | 74347R206 | Ultra QQQ ProShares | US |
| URE | 74347R677 | Ultra Real Estate ProShar | US |
| UKW | 74347R511 | Ultra Russell Mid Gr ProS | US |
| UVU | 74347R495 | Ultra Russell Mid Val Pro | US |
| UKF | 74347R537 | Ultra Russell1000 Gr ProS | US |
| UVG | 74347R529 | Ultra Russell1000 Val Pro | US |
| UKK | 74347R487 | Ultra Russell2000 Gr Pro | US |
| UWM | 74347R842 | Ultra Russell2000 ProShrs | US |
| UVT | 74347R479 | Ultra Russell2000 Val Pro | US |
| SAA | 74347R818 | Ultra S&P SmCap600 ProShr | US |
| SSO | 74347R107 | Ultra S&P500 ProShares | US |



Ameriprise
Financial

Renard Resp. 389

| | | | |
|---|---|---|---|
| USD | 74347R669 | Ultra Semiconductor ProSh | US |
| AGQ | 74347W841 | Ultra Silver ProShares | US |
| ROM | 74347R693 | Ultra Technology ProShar | US |
| LTL | 74347R263 | Ultra Telecom ProShares | US |
| UPW | 74347R6B5 | Ultra Utilities ProShares | US |
| TLL | 74347R255 | UltraSh Telecom ProShares | US |
| TBT | 74347R297 | UltraShort 20+ Yr Trs Pro | US |
| PST | 74347R313 | UltraShort 7-10 Yr Trs Pr | US |
| FXP | 74347R321 | UltraShort FTSE/Xinhua 25 | US |
| GLL | 74347W700 | UltraShort Gold ProShares | US |
| EWV | 74347R347 | UltraShort MSCI Jpn Pro | US |
| ZSL | 74347W833 | UltraShort Silver ProShrs | US |
| SMN | 74347R651 | UltShort Basic Mat ProSh | US |
| SZK | 74347R644 | UltShort Cons Goods ProSh | US |
| SCC | 74347R636 | UltShort Cons Svcs ProSh | US |
| SCO | 74347W809 | UltShort DJ-AIG Crude O | US |
| DXD | 74347R867 | UltShort Dow30 ProShares | US |
| EUO | 74347W882 | UltShort Euro ProShares | US |
| SKF | 74347R628 | UltShort Financials ProSh | US |
| RXD | 74347R610 | UltShort Hlth Care ProSh | US |
| SIJ | 74347R594 | UltShort Industrial ProSh | US |
| MZZ | 74347R859 | UltShort Mid400 ProShares | US |
| EEV | 74347R354 | UltShort MSCI EmMkts ProS | US |
| DUG | 74347R586 | UltShort Oil & Gas ProSh | US |
| QID | 74347R875 | UltShort QQQ ProShares | US |
| SRS | 74347R552 | UltShort Real Estat ProSh | US |
| SDK | 74347R446 | UltShort Russell Mid Gr | US |
| SJL | 74347R438 | UltShort Russell Mid Val | US |
| SFK | 74347R461 | UltShort Russell1000 Gr | US |
| SJF | 74347R453 | UltShort Russell1000 Val | US |
| SKK | 74347R420 | UltShort Russell2000 Gr | US |
| TWM | 74347R834 | UltShort Russell2000 ProS | US |
| SJH | 74347R412 | UltShort Russell2000 Val | US |
| SDS | 74347R883 | UltShort S&P500 ProShares | US |
| SSG | 74347R545 | UltShort Semicon ProShar | US |
| SDD | 74347R792 | UltShort SmCap600 ProShrs | US |
| REW | 74347R578 | UltShort Tech ProShares | US |
| SDP | 74347R560 | UltShort Utilities ProSh | US |
| YCS | 74347W858 | UltShort Yen ProShares | US |
| EFU | 74347R339 | UltShrt MSCI EAFE ProShar | US |
| LAGR-LSE | | ETFS Leveraged Agriculture ETF (LAGR-LSE) | London |
| LALL-LSE | | ETFS Leveraged All Commodities ETF (LALL-LSE) | London |
| LALU-LSE | | ETFS Leveraged Aluminium ETF (LALU-LSE) | London |
| LCOC-LSE | | ETFS Leveraged Cocoa ETF (LCOC-LSE) | London |
| LCFE-LSE | | ETFS Leveraged Coffee ETF (LCFE-LSE) | London |
| LCOP-LSE | | ETFS Leveraged Copper ETF (LCOP-LSE) | London |
| LCOR-LSE | | ETFS Leveraged Corn ETF (LCOR-LSE) | London |
| LCTO-LSE | | ETFS Leveraged Cotton ETF (LCTO-LSE) | London |
| LOIL-LSE | | ETFS Leveraged Crude Oil ETF (LOIL-LSE) | London |



| | | | |
|---|---|---|---|
| LNRG-LSE | | ETFS Leveraged Energy ETF (LNRG-LSE) | London |
| LNEY-LSE | | ETFS Leveraged Ex-Energy ETF (LNEY-LSE) | London |
| LGAS-LSE | | ETFS Leveraged Gasoline ETF (LGAS-LSE) | London |
| LBUL-LSE | | ETFS Leveraged Gold ETF (LBUL-LSE) | London |
| LGRA-LSE | | ETFS Leveraged Grains ETF (LGRA-LSE) | London |
| LHEA-LSE | | ETFS Leveraged Heating Oil ETF (LHEA-LSE) | London |
| LIME-LSE | | ETFS Leveraged Industrial Metals ETF (LIME-LSE) | London |
| LLEA-LSE | | ETFS Leveraged Lead ETF (LLEA-LSE) | London |
| LLHO-LSE | | ETFS Leveraged Lean Hogs ETF (LLHO-LSE) | London |
| LLCT-LSE | | ETFS Leveraged Live Cattle ETF (LLCT-LSE) | London |
| LLST-LSE | | ETFS Leveraged Livestock ETF (LLST-LSE) | London |
| LNGA-LSE | | ETFS Leveraged Natural Gas ETF (LNGA-LSE) | London |
| LNIK-LSE | | ETFS Leveraged Nickel ETF (LNIK-LSE) | London |
| LPET-LSE | | ETFS Leveraged Petroleum ETF (LPET-LSE) | London |
| LPLA-LSE | | ETFS Leveraged Platinum ETF (LPLA-LSE) | London |
| LPMT-LSE | | ETFS Leveraged Precious Metals ETF (LPMT-LSE) | London |
| LSIL-LSE | | ETFS Leveraged Silver ETF (LSIL-LSE) | London |
| LSFT-LSE | | ETFS Leveraged Softs ETF (LSFT-LSE) | London |
| LSYO-LSE | | ETFS Leveraged Soybean Oil ETF (LSYO-LSE) | London |
| LSOB-LSE | | ETFS Leveraged Soybeans ETF (LSOB-LSE) | London |
| LSUG-LSE | | ETFS Leveraged Sugar ETF (LSUG-LSE) | London |
| LTIM-LSE | | ETFS Leveraged Tin ETF (LTIM-LSE) | London |
| LWEA-LSE | | ETFS Leveraged Wheat ETF (LWEA-LSE) | London |
| LZIC-LSE | | ETFS Leveraged Zinc ETF (LZIC-LSE) | London |
| HBD-TSX | 440446102 | Horizons BetaPro COMEX Gold Bullion Bear Plus ETF (HBD-TSX) | Canadian |
| HBCGF | 440444107 | Horizons BetaPro COMEX Gold Bullion Bull Plus ETF (HBU-TSX) | Canadian |
| HBTPF | 44045B100 | Horizons BetaPro NYMEX Crude Oil Bear Plus ETF (HOD-TSX) | Canadian |
| HZOZF | 440447209 | Horizons BetaPro NYMEX Crude Oil Bull Plus ETF (HOU-TSX) | Canadian |
| HBNNF | 44045G109 | Horizons BetaPro NYMEX Natural Gas Bear Plus ETF (HND-TSX) | Canadian |
| HZBBF | 44045F200 | Horizons BetaPro NYMEX Natural Gas Bull Plus ETF (HNU-TSX) | Canadian |
| HXD-TSX | 44045E104 | Horizons BetaPro S&P/TSX 60 Bear ETF (HXD-TSX) | Canadian |
| HZBPF | 44045D106 | Horizons BetaPro S&P/TSX 60 Bull ETF (HXU-TSX) | Canadian |
| HED-TSX | 440453108 | Horizons BetaPro S&P/TSX Capped Energy Bear Plus ETF (HED-TSX) | Canadian |
| HZBRF | 44045X102 | Horizons BetaPro S&P/TSX Capped Energy Bull Plus ETF (HEU-TSX) | Canadian |
| HFD-TSX | 440457109 | Horizons BetaPro S&P/TSX Capped Financials Bear Plus ETF (HFD-TSX) | Canadian |
| HFU-TSX | 440449106 | Horizons BetaPro S&P/TSX Capped Financials Bull Plus ETF (HFU-TSX) | Canadian |
| HZRZF | 44045V205 | Horizons BetaPro S&P/TSX Global Gold Bear Plus ETF (HGD-TSX) | Canadian |
| HZNSF | 44045W104 | Horizons BetaPro S&P/TSX Global Gold Bull Plus ETF (HGU-TSX) | Canadian |
| HMD-TSX | 440451102 | Horizons BetaPro S&P/TSX Global Mining Bear Plus ETF (HMD-TSX) | Canadian |
| HMU-TSX | 440450203 | Horizons BetaPro S&P/TSX Global Mining Bull Plus ETF (HMU-TSX) | Canadian |

| Ticker | Cusip | Inverse ETF Name | Market |
|---|---|---|---|
| ADZ | 25154H541 | DB AGRICULTURE SHORT ETN | US |
| DDP | 25154H467 | DB COMMODITY SHORT ETN | US |
| DGZ | 25154H731 | DB GOLD SHORT ETN ETF | US |
| PTD | 902641729 | E-TRACS UBS Short Platinum | US |
| BOS | 25154K833 | POWERSHARES DB BASE METALS SHORT ETN ETF | US |
| SZO | 25154K874 | POWERSHARES DB CRUDE OIL SHORT ETN ETF | US |



| TBF | 74347X849 | ProShares Short 20+ Year Treasury | US |
|-----|-----------|-----------------------------------|----|
| DOG | 74347R701 | Short Dow30 ProShares | US |
| SEF | 74347R230 | Short Financials ProShare | US |
| MYY | 74347R800 | Short MidCap400 ProShares | US |
| EFZ | 74347R370 | Short MSCI EAFE ProShares | US |
| EUM | 74347R396 | Short MSCI EmMkts ProShar | US |
| DDG | 74347R222 | Short Oil & Gas ProShares | US |
| PSQ | 74347R602 | Short QQQ ProShares | US |
| RWM | 74347R826 | Short Russell2000 ProShrs | US |
| SBB | 74347R784 | Short S&P SmCap600 ProShr | US |
| SH | 74347R503 | Short S&P500 ProShares | US |

For advisor use only. Not for distribution to clients.

Brokerage, investment, and financial advisory services made available through Ameriprise Financial Services, Inc. Member FINRA and SIPC.

Investment products are not insured by the FDIC, are not deposits or obligations of or guaranteed by a financial institution, involve investment risks, including possible loss of principal, and may fluctuate in value.

© 2009 Ameriprise Financial, Inc. All rights reserved.

Ameriprise Financial

Case 2:13-cv-00955-WCG   Filed 08/28/14   Page 5 of 5   Document 211   392